UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOEL CALDELLIS, <br><br> Petitioner, <br><br> v. <br><br> MIKE OBENLAND, <br><br> Respondent. | CASE NO. C17-78 RSL-BAT <br><br> ORDER GRANTING UNOPPOSED MOTION TO EXTEND REPLY DUE DATE |

The Court **GRANTS** the unopposed motion to extend the reply due date (Dkt. 13) and **ORDERS**:

1. Petitioner's reply is due May 30, 2017.

2. The Clerk shall renote consideration of the habeas petition for June 2, 2017.

Dated this 17th day of March, 2017.

                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge