# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NOEL CALDELLIS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MIKE OBENLAND,<br><br>　　　　　　Respondent. | CASE NO. C17-78 RSL-BAT<br><br>ORDER GRANTING UNOPPOSED MOTION TO COMPEL STATE TO PRODUCE AND FILE TRIAL TRANSCRIPTS AND RE-NOTING HABEAS PETITION |

The Court **GRANTS** the unopposed motion (Dkt. 16) and **ORDERS**:

1. Respondent shall file the state trial transcripts by **July 31, 2017**.

2. Petitioner shall file a short supplemental brief illustrating how the state trial transcripts support his petition by **August 21, 2017** and Respondent may file a reply not later than **August 25, 2017**.

3. The Clerk shall **re-note** the petition for **August 25, 2017**.

Dated this 11th day of July, 2017.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION TO COMPEL STATE TO PRODUCE AND FILE TRIAL TRANSCRIPTS AND RE-NOTING HABEAS PETITION - 1