UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOEL CALDELLIS,

        Petitioner,

v.

MIKE OBENLAND,

        Respondent.

Case No. C17-78RSL

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

This matter comes before the Court on petitioner's petition for writ of habeas corpus. Dkt. # 3. Having reviewed respondent's memorandum, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, respondent's objections thereto, and the remainder of the record, the Court finds and ORDERS:

(1) The Court adopts the Report and Recommendation;
(2) The Court, consistent with the Report and Recommendation, issues a certificate of appealability with respect to grounds one, two, four, five, and six of the petition.
(3) The Clerk of Court shall send a copy of this Order to all counsel of record and to Judge Tsuchida.

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS - 1

1     DATED this 6th day of August, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS - 2